# THE PUBLIC LIBRARY OF CINCINNATI AND HAMILTON COUNTY
## Position Description

### SECURITY GUARD

| Reports to: | Safety & Security Manager | Supervises: | None |
|---|---|---|---|
| FLSA Status: | Non-Exempt | Division: | Service Operations |
| Pay Grade: | 5 | Agency: | Safety & Security |

**POSITION SUMMARY:**
This position is responsible for protecting and securing library property against fire, theft, vandalism and illegal entry; enforcing building rules and regulations in order to provide staff and customers with a safe and secure environment; and preventing any potential conflicts from escalating and resolving disruptive behavior through pro-active customer engagement, dialogues, and positive interactions.

**RESPONSIBILITIES** (not all-inclusive) all of the duties listed below are essential job functions for which reasonable accommodations will be made. All job requirements listed indicate the minimum level of knowledge, skills and/or ability deemed necessary to perform the job proficiently. This job description is not to be construed as an exhaustive statement of duties, responsibilities, or requirements. Employees may be required to perform any other job-related instructions as requested by their supervisor, subject to reasonable accommodations.

**ESSENTIAL FUNCTIONS:**

- Proactively engages with customers to address issues in order to quickly diffuse situations and minimize disruption.
- Prevents loss and damage by reporting irregularities.
- Discusses infractions or violations with customers, assesses appropriate actions, and escorts customers from premises if necessary.
- Circulates among visitors, customers, and employees to preserve order and protect property while ensuring a positive customer experience. Greets customers, answers directional questions and escorts customers with disabilities.
- Secures premises and personnel by patrolling property; monitoring surveillance equipment; inspecting buildings, equipment, and access points; permitting entry.
- Makes clock rounds during closed and open hours, examining doors, windows and gates and monitoring for potential facility problems.
- Monitors and authorizes entrance and departure of employees, visitors, and other persons to guard against theft and maintain security of premises. Maintains environment by monitoring and setting building and equipment controls.
- Responds quickly to requests for security presence during unusual incidents (e.g. assisting staff in deescalating situations with customers, being a presence in the event of threats against staff, assisting HR with internal manners, etc.).
- Testifies in court proceedings.
- Is responsible for responding to after-hours situations when scheduled.
- Answers phone and logs incoming calls.
- Receives and communicates work orders to Facilities Services.
- Responsible for signing out keys, pagers and radios.
- Monitors closed circuit television (CCTV) and fire detection systems.
- Writes reports of daily activities, irregularities, and surveillance activities, such as equipment or property damage, theft, presence of unauthorized persons, or unusual occurrences; interviewing witnesses; obtaining signatures.
- Utilizes e-mail, voicemail, and other computer applications and Library equipment, maintains current knowledge of Library policies, procedures and processes.



Δ π EXHIBIT 8
Deponent_____
Date_____ Rptr._____
WWW.DEPOBOOK.COM

PLCH000214

- Makes routine and emergency announcements and obtains help by sounding alarms.
- Calls police or fire departments in cases of emergency, such as fire or presence of unauthorized persons.
- Escorts or drives motor vehicle to transport individuals to specified locations.
- Regular, punctual and reliable attendance is required.

**MINIMUM QUALIFICATIONS:**

- Strong customer service focus.
- Excellent verbal communication skills with the ability to proactively diffuse and deescalate situations.
- Excellent written communication skills and the ability to prepare meaningful, concise and accurate reports.
- Knowledge of loss prevention and life safety issues.
- Knowledge of fire and security systems.
- Knowledge of legal, fire and safety codes.
- Ability to define problems, establish facts and draw valid conclusions.
- Ability to work in a team environment.
- Ability to keep information confidential.
- Ability to work in a changing environment.
- Must possess excellent observation skills, focus, and attention to detail in order to identify threats quickly.
- Excellent interpersonal skills (professional, friendly, helpful) including building and enhancing diverse relationships.
- Must have a valid driver's license and maintain an acceptable driving record.

**EDUCATION:**

- High school diploma or equivalent.
- Ohio Peace Officer training and certification to be obtained within one year of employment.
- Previous experience in the security field preferred.
- Subject to security clearance.

**WORKING CONDITIONS:**

- Works in assigned area, including office areas, training rooms, library, etc., as necessary.
- Moves intermittently during working hours.
- May work flexible hours.
- Is subject to frequent interruptions.
- May be subject to work beyond normal working hours and on weekends and holidays when necessary.
- Attends and participates in continuing educational programs designed to keep you abreast of changes in your profession.

**SPECIFIC REQUIREMENTS:**

- Ability to exercise independent judgment in the execution of job responsibilities, often with minimal supervision.
- Must demonstrate a willingness to listen and work through complaints from the public and difficult situations in a calm and diplomatic manner.

PLCH000215

- Must exhibit tact, patience and a cheerful disposition when working with personnel, visitors, government agencies/personnel, and the general public.
- Demonstrates organizational values.
- Ability to work independently and in a team environment.
- Ability to work in a changing environment.
- Must possess ability and willingness to work harmoniously with other personnel.
- Must not pose a direct threat to the health or safety of other individuals in the workplace.

**PHYSICAL AND SENSORY REQUIREMENTS** (with or without the aid of mechanical devices)

- Must be able to move intermittently throughout the workday.
- Manual dexterity necessary to operate office and communications equipment, including computers and radios.
- Must be able to cope with the mental and emotional stress of the position.
- Must be able to see and hear or use prosthetics that will enable these senses to function adequately to assure that the requirements of this position can be fully met.
- Must function independently and have flexibility, personal integrity, and the ability to work effectively with personnel, visitors, government agencies, and general public, etc.
- Must meet the general health requirements set forth by the policies of the Public Library, which may include a physical examination.

**ACKNOWLEDGMENT**

I have read this position description and fully understand the requirements set forth therein. I hereby accept the position of **Security Guard** and agree to perform the identified essential functions in a manner and in accordance with the Public Library's established procedures.

I understand that my employment is at-will, and thereby understand that my employment may be terminated either by the organization or myself, and that such termination can be made with or without notice.

_Eric Nobl_ _____     _2-25-18_____
*Employee's Signature*                                                *Date*

_Eric Noble_ _____
*Print Name*

_____                          _2-27-18_____
*Supervisor's Signature*                                             *Date*

Security Guard
06/14/2017