# Harassment in the Workplace Policy

The Public Library of Cincinnati and Hamilton County does not tolerate bullying, verbal or physical conduct by any staff member which harasses, disrupts, or interferes with another's work performance or which creates an intimidating, offensive, or hostile environment.

All staff members must maintain a working environment that encourages mutual respect, promotes civil and congenial relationships among staff members and is free from all forms of harassment and violence.

While all forms of harassment are prohibited this specifically includes Sexual Harassment.

Each Manager must maintain a work place free of any form of sexual harassment. Managers shall not threaten or insinuate, either explicitly or implicitly, that a staff member's refusal to submit to sexual advances will adversely affect the staff member's employment, evaluation, wages, advancement, assigned duties, shifts, or any other condition of employment or career development. No manager shall favor, in any way, any applicant or staff member because that person has performed or shown a willingness to perform sexual favors for the manager.

Sexually harassing conduct in the work place, whether committed by managers, non-management personnel, or the public, is also prohibited. This conduct includes:

1. Unwanted sexual flirtations, touching, advances, or propositions;
2. Verbal abuse of a sexual nature;
3. Graphic or suggestive comments about an individual's dress or body;
4. Sexually degrading words to describe an individual or a group of people; and
5. The display, in the work place, of sexually suggestive objects or pictures, including nude photographs.

Approved: 10/14/2008
Effective: 11/1/2008
Reviewed: 8/28/2008



Δ π EXHIBIT 7
Deponent_____
Date_____Rptr.____
WWW.DEPOBOOK.COM