

**THE PUBLIC LIBRARY**
of Cincinnati and Hamilton County

800 Vine Street
Cincinnati, Ohio
45202-2009

(513) 369-6900 Phone
(513) 369-6993 Fax
www.CincinnatiLibrary.org

*Board of Library Trustees*
Nadine L. Allen, Retired Judge
Karen R. Clemons
Robert G. Hendon
Monica Donath Kohnen
Elizabeth H. LaMacchia
Gregory W. Olson
Diane Cunningham Redden

*Eva Jane Romaine Coombe Director*
Paula Brehm-Heeger

*Fiscal Officer*
Molly DeFosse

June 10, 2020

Eric Noble
Main Branch

Dear Mr. Noble:

This letter serves as your official notification that your employment as Public Safety Officer at the Main Branch with the Public Library of Cincinnati and Hamilton County is terminated effective immediately.

As you know, on May 31, 2020, you posted an image on your Facebook page depicting a vehicle running over people with the captions "All Lives Splatter" and "No One Care About Your Protest." Your Facebook page identified you as a Public Safety Officer at the Library. As a Public Safety Officer, your position is imbued with authority and discretion to unilaterally take actions against members of the public including removing them from the premises, revoking or suspending their access to Library facilities, and, in extreme circumstances, physically engaging with members of the public.

Your actions have caused the Library's management, your manager, and your coworkers to lose confidence that you can fairly and appropriately wield this authority on behalf of the Library. Your coworkers have expressed concerns that your presence might jeopardize their safety. Your actions further have capacity to do significant harm to the Library's relationship with the diverse communities that we serve. Your actions violated the Library's policy against harassing, intimidating, and offensive conduct. When interviewed about the posting, your only comment was that you thought the posting was "funny." For these reasons your employment with the Library is terminated effective immediately.

If you wish to view your remittance stub, please log into the Employee Self Service site which has an option to print. Here is the direct link to Paycor, https://secure.paycor.com/HRP/secure/hr/employees_summary.aspx. Your login for Paycor is your self-created ID and password.

If you wish to request a refund or rollover of your Ohio Public Employees Retirement System account, please contact OPERS at 1-800-222-7377 or www.opers.org.
Sincerely,

Kyla Hardin, PHR, SHRM-CP
Human Resources Director

cc:    File

Δ π EXHIBIT 13
Deponent_____
Date_____ Rptr._____
WWW.DEPOBOOK.COM

PLCH000238