**Hardin, Kyla**

| | |
|---|---|
| From: | Mulford, Ella |
| Sent: | Monday, June 1, 2020 10:28 AM |
| To: | Hardin, Kyla |
| Cc: | Bach, Kathy; Matthews, Michelle |
| Subject: | Fw: Public Safety |
| Attachments: | IMG_6758.png |

Hi Kyla,

This social media meme was posted by one of our Public Safety Guards over the weekend. Myself and many of our PLCH staff members were a part of those protests over the weekend and to have someone in charge of staff and public safety post something so obscene is upsetting. I had multiple staff send me this screenshot as I am not connected with Mr. Noble on social media. I know we do not have a social media policy, but staff confidence and comfort in this person protecting us and our customers is low. I have been trying very hard to divide my life into personal and professional but it is becoming increasingly difficult in these times. Staff are feeling scared, exposed, and wary of those "in charge." We had more than one PLCH staff member hit with rubber bullets over the weekend, so faith in CPD detail is also not great. I know this is a tense and complicated situation where we have to think about other things than emotions, but I had to say something on behalf of myself and those staff members who came to me with their concerns.

Thanks,

Ella

---

From: Mulford, Ella <Ella.Mulford@cincinnatilibrary.org>
Sent: Monday, June 1, 2020 10:09 AM
To: Mulford, Ella <Ella.Mulford@cincinnatilibrary.org>
Subject:


Get Outlook for iOS



Δ π EXHIBIT 10
Deponent
Date_____ Rptr_____
WWW.DEPOBOOK.COM

1

PLCH000114



PLCH000115