**June 2, 2020**

Investigatory Meeting Notes: Eric Noble, Employee; Wei Liu, Public Safety Manager; Michelle Matthews, Human Resources Manager

Meeting took place in PLCH Board Room at 9:00 a.m. on 6/2/2020

<u>Background</u>: On June 1, 2020, Kyla Hardin, Kathy Bach and I received an e-mail from an employee with the attached picture. The picture is a SUV that appears to be running over "stick people". At the top of the picture it says, ALL LIVES SPLATTER. Below the picture it says, NOBODY CARES ABOUT YOUR PROTEST. The e-mail indicated that the picture was from a FB post from Public Safety Officer Eric Noble. The Manager and I met with Mr. Noble on June 2, 2020.

<u>Meeting</u>: I opened up the meeting by introducing myself to Mr. Noble. I advised him that we wanted to discuss a post that was allegedly on his FB page that was brought to our attention by an employee.

I showed him the picture, asked him if he was familiar with the picture and if he had posted it. He indicated that he had at one time but had taken it down. I asked him why did he post it? He indicated that he thought it was funny and he has 1st Amendment free speech rights. He also stated that he was on his personal time and that he was not at work.

I concurred that he has free speech. However, PLCH is concerned due to his classification and that the post may constitute a violation of the PLCH Harassment in the Workplace Policy which prohibits conduct which harasses, disrupts or interferes with another's work performance or creates an intimidating, offensive, or hostile environment. I shared that PLCH had staff that participated in the peaceful protest that occurred in Cincinnati over the past weekend. Mr. Noble agreed that they had that right. I stated it was not a matter of whether we agreed or disagreed with the post but that is appears to violate our policy and we wanted him to be able to respond to our concerns.

I asked him, several times, what was the meaning of the post? What did the post depict? He would only say that he thought it was funny.

Mr. Liu asked him, why did he take it down? Mr. Noble indicated that he took it down because a friend indicated that they did not like it. He indicated that it was not a PLCH employee. Mr. Liu asked how long was it posted; Mr. Noble indicated about 24 hours or so.

Mr. Liu asked him, if his FB profile indicated that he was an employee of PLCH. Mr. Noble said probably. I confirmed that it did.

Mr. Liu asked him if anyone asked him or told him to post it. Mr. Noble stated he saw it on another post and he posted it because he thought it was funny. He said it could be people climbing on a vehicle.

I asked Mr. Noble if he had anything else that he wanted to say? He indicated no. I gave him the letter placing him on leave, a copy of the post and a copy of the policy. I requested that he turn in his badge and keys. I indicated that we would conduct our investigation as expeditiously as possible. That one of us would be in touch with him. I advised him not to come onto PLCH property unless he was doing so as a customer. I told him not to discuss this investigation with PLCH staff and not to contact any staff, especially, any that he thought may have complained about the post.

Wei told me that Mr. Noble was on leave this week. Mr. Noble explained it was for a medical reason involving his step-father. I stated that I hoped things went well for his step-father and that he had a complete recovery. He thanked me for that. Mr. Noble turned in his keys and badge to Wei and left the Boardroom.

Michelle Matthews

6/2/2020 @ 10:45 a.m.