# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

| | | |
|---|---|---|
| **ERIC NOBLE,** | : | **Case No. 1:20-cv-00594** |
| | : | |
| **Plaintiff,** | : | **Judge Michael R. Barrett** |
| | : | |
| **v.** | : | |
| | : | **DECLARATION OF ERIC NOBLE** |
| **THE PUBLIC LIBRARY OF** | : | |
| **CINCINNATI AND HAMILTON** | : | |
| **COUNTY, et al.,** | : | |
| | : | |
| **Defendants.** | : | |

Comes now Plaintiff Eric Noble and pursuant to 28 U.S.C. § 1746 provides the following Declaration:

1. I am over 18 years of age and am competent to testify as to the matters in this Declaration. I make this Declaration based upon my personal knowledge.

2. I was employed by the Public Library of Cincinnati and Hamilton County in June 2020.

3. I was placed on administrative leave pending investigation on June 2, 2020.

4. I was terminated by the Public Library of Cincinnati and Hamilton County on June 11, 2020.

5. At the time of my termination, and for the duration of my employment, the Public Library of Cincinnati and Hamilton County did not maintain or enforce a social media policy.

6. On August 11, 2020, the Board of Trustees held a public meeting.

7. The minutes for the August 11th meeting show that Trustee Nadine Allen reported that I had filed a lawsuit for wrongful termination based on the First Amendment. A true and accurate copy of the meeting minutes is attached hereto as Exhibit A.

8. The minutes for the August 11th meeting further show that the Board of Trustees approved several consent agenda items, including my termination.

1

9.  On June 9, 2020, the Board of Trustees held a public meeting.

10. The minutes of the June 9th meeting show that Defendant Paula Brehm-Heeger reported that the Library was going to hold "moderated discussions to hear the voices of staff who can help our organization be truly diverse and inclusive." A true and accurate copy of the meeting minutes are attached hereto as Exhibit B.

11. The minutes of the June 9th meeting further show that the Library was not open to in-person service, and did not intend to be open to in-person service, until June 15, 2020.

12. I declare under penalty of perjury that the foregoing is true and correct.

Executed this 30th day of November 2021.

_Erin Noble_
_____
Eric Noble

# MINUTES OF THE BOARD OF TRUSTEES OF THE PUBLIC LIBRARY
# OF CINCINNATI AND HAMILTON COUNTY

Date:          August 11, 2020

Meeting:       Regular

Place:         Virtual

## REGULAR MEETING

## *CALL TO ORDER*

### ROLL CALL

| | |
|---|---|
| Trustees Present: | Ms. Allen, Mr. Hendon, Ms. Kohnen, Mrs. LaMacchia, Mr. Olson (arrived after roll-call) and Ms. Redden |
| Trustees Absent: | Ms. Clemons |
| Present: | Paula Brehm-Heeger, Molly DeFosse, Brett Bonfield, Staci Dennison, Kyla Hardin, Holbrook Sample, and Beth Yoke |

## *PUBLIC COMMENTS*

Ms. Kohnen reviewed the public comment policy. Ms. Kohnen read comments for 3 minutes per comment from Jessie Hicks and Thomas Moosbrugger regarding the decision in July to furlough Library staff and from Frank Nishimori regarding the Library's digital collection.

## *ACTION ITEMS*

### RESOLUTION FOR CINCINNATI RECREATION COMMISSION

Mr. Hendon presented the following resolution:



EXHIBIT

A

WHEREAS the Public Library of Cincinnati and Hamilton County and the Cincinnati Recreation Commission both serve the residents of the Price Hill communities, and

WHEREAS the mission of the Cincinnati Recreation Commission is to support a culture of lifelong personal growth, which aligns closely with the Library's efforts to support and encourage lifelong learning, and

WHEREAS the Library had an immediate need for a temporary space in Price Hill beginning in July 2018 due to a partial ceiling collapse at its 100+ year old Price Hill Branch Library, and

WHEREAS the Cincinnati Recreation Commission answered the call and leased space to the Library inside of their Price Hill Recreation Center, and

WHEREAS the Price Hill Recreation Center staff have always been welcoming, accommodating and all-around great hosts and neighbors, and

WHEREAS we are stronger together and recognize the many benefits of collaboration and partnering to increase our positive impact on the community, therefore be it

RESOLVED that the Board of Trustees of the Public Library of Cincinnati and Hamilton County, on behalf of its staff, formally thank the Cincinnati Recreation Commission, including the Commissioners, Director Daniel Betts, and the staff at the Price Hill Recreation Center, for answering the call during our time of need and for embodying a spirit of collaboration that not only helped the Library continue to serve the Price Hill community, but that has opened the doors to further opportunities to work together towards making Cincinnati a vibrant community where all can thrive.

In July 2018 the Price Hill Branch Library suffered a ceiling collapse that revealed additional structural issues leading to the closure of the 111-year-old location. Thanks to the partnership of the Cincinnati Recreation Commission, we were able to quickly move into a space located in the nearby Price Hill CRC Facility. At the end of May 2020, that temporary location was closed in preparation for the upcoming opening of the renovated and expanded Price Hill Branch Library, currently scheduled for early 2021. The nearly two-year partnership with the CRC was a tremendous asset to the Library, allowing us to maintain a presence in the Price Hill community and providing continuity of service as we look to expand our footprint in that neighborhood.

It is recommended that the Board approve the Resolution thanking the Cincinnati Recreation Commission for the partnership and support.

Mr. Hendon moved that the Board adopt the resolution as it is written.

Ms. Kohnen seconded.

Voting for the motion: Ms. Allen, Ms. Kohnen, Mr. Hendon, Mrs. LaMacchia, Mr. Olson, Ms. Redden…6 ayes. The motion carried. **(15-2020)**.

RESOLUTION FOR DIVERSITY, EQUITY AND INCLUSION

Ms. Redden presented the following resolution:

> WHEREAS the Public Library of Cincinnati and Hamilton County's mission and vision is to connect people to the world of ideas and information and to assure equitable access to our programs and services, and

> WHEREAS the Public Library of Cincinnati and Hamilton County stands in firm support of racial equity and inclusion, and is a signatory of the Urban Libraries Council "Statement on Race and Social Equity," and

> WHEREAS the Library is just embarking on its own racial equity initiative to examine policies, procedures, structures, and ways of thinking within our institution which serve to perpetuate biases and inequitable outcomes in order to address them and to work to incorporate the concept of equity into all of our functions, and

> WHEREAS the Hamilton County Commissioners voted July 16, 2020 and the Cincinnati City Council voted on August 5, 2020 to declare racism a public health crisis, and

> WHEREAS the declaration by the Commissioners stated that the County government will "seek to build alliances and partnerships with organizations that are confronting racism and encourages other local, state, regional and national entities to recognize racism as a public health crisis," and

> WHEREAS the declaration by the Commissioners "encourages all community leaders and stakeholders in the health, education, employment, housing, criminal justice and safety arenas to recognize racism as a public health crisis and to implement portions or all of this declaration and to take those actions they can to promote equity within the Hamilton County community," therefore, be it

> RESOLVED that the Library prioritizes closing the gap of racial disparities, recognizes racism as a public health crisis, and commits to working within its own institution as well

as with other organizations and community members to confront racism in all of its forms and to connect communities of color, marginalized communities, and vulnerable communities to resources within Hamilton County and beyond that promote equitable social and economic outcomes for and with all.

Our Library is taking a critical look at our internal practices and policies as part of our commitment to an equity-based service model. While we have integrated into our long-term facilities planning what we learned during our 2019 community engagement sessions for the Facility Master Plan, we recognize a strong need to prioritize issues and needs expressed by the Library's Black, Indigenous and People of Color staff. We are partnering with Design Impact, a nonprofit social innovation firm we worked with for our FMP, to facilitate conversations specifically with our staff. Hearing from our staff is the critical first step and will guide our work including the development of recommendations and an action plan to move our organization forward. Human Resources Manager Michelle Matthews will lead the staff planning team for this initiative. Following these initial essential conversations, we will engage the assistance of a partner specializing in Equity and Inclusion to continue our growth.

As the community as a whole continues to recognize and address the long-term negative impacts of racism, we recommended that the Board approve the Resolution in Support of Advancing Racial Equity and Inclusion in support of our work and the recent resolutions passed by the city and county leadership.

Mrs. LaMaccia moved that the Board adopt the resolution as it is written.

Ms. Redden seconded.

Voting for the motion: Ms. Allen, Ms. Kohnen, Mr. Hendon, Mrs. LaMacchia, Mr. Olson, Ms. Redden…6 ayes. The motion carried. **(16-2020)**.

RESOLUTION FOR STATE FUNDING FOR PUBLIC LIBRARIES DURING THE PANDEMIC

Ms. Kohnen presented the following resolution:

WHEREAS, Ohio's public libraries, including the Public Library of Cincinnati and Hamilton County, have long been essential institutions and are vital to the community both in good times and in times of crisis, and the public has especially relied on public libraries as a resource for trusted information, learning opportunities, early literacy, workforce development, internet access and recreation during the COVID-19 global pandemic, and

WHEREAS, during Ohio's shutdown due to the pandemic, the Public Library of Cincinnati and Hamilton County adapted their services by offering programs and assistance virtually, expanding digital collections, providing twenty-four-seven Wi-Fi access outside our buildings, curating e-resources for our community, and more; and during that time the Public Library of Cincinnati and Hamilton County offered 665 virtual, on-demand, and Facebook Live programs; answered over 1,000 questions through our My Librarian service;  assisted community members by phone, email, and online chat over 71,000 times; signed up nearly 8,000 new library cardholders; and had an average of 500 community members per day access its Wi-Fi, and

WHEREAS, the Public Library of Cincinnati and Hamilton County developed innovative ways to offer both contactless and in-person service while prioritizing customer and staff safety; and in June of this year the Public Library of Cincinnati and Hamilton County served over 26,000 customers via curbside, walk-up, in-mail, and after-hours locker service, and sent more than 1,600 faxes and scans on behalf of customers in need of services to the Ohio Department of Jobs and Family Services, and

WHEREAS, the Public Library of Cincinnati and Hamilton County connected with community partners to serve those in need by making over 700 masks for TriHealth in our Makerspaces; distributing over 5,000 books to low-income youth through partners like the Cincinnati Recreation Commission; served nearly 17,000 meals to youth; supported groups like the Community Action Agency to implement eviction prevention efforts; loaned hot spots to the Cincinnati Metropolitan Housing Authority to distribute to elderly residents who needed Internet access for tele-health and other key services; and more, and

WHEREAS, CARES Act funding for Ohio public libraries will help offset the unanticipated costs of the increased sanitation of public library buildings and for the purchase of PPE that will help promote safety among library staff and the public; therefore, be it

RESOLVED on this day of August 11, 2020, that we, the members of the Public Library of Cincinnati and Hamilton County Board of Trustees, extend our sincere appreciation to members of the Ohio Controlling Board and the Ohio Senate for making public libraries a priority during the COVID-19 pandemic and for appropriating $18.3 million of CARES Act funding to help us meet critical community needs.

In late July, the Ohio Controlling Board approved $18.3 Million in CARES Act funds for Ohio's public libraries.  The State of Ohio will provide up to $25,000 to each public library building(s)

to assist them in operating safely during the COVID-19 pandemic. While more details about the regulations for the spending of these funds and the timing and method for distribution of the money is yet to be released, we deeply appreciate the recognition of the costs associated with our pandemic preparedness work and the State's support for public libraries like ours as we provide essential services to our communities during these difficult times.

It is recommended that the Board approve the Resolution thanking the Ohio Controlling Board and members of the Ohio Senate.

Mrs. LaMaccia moved that the Board adopt the resolution as it is written.

Ms. Redden seconded.

Voting for the motion: Ms. Allen, Ms. Kohnen, Mr. Hendon, Mrs. LaMacchia, Mr. Olson, Ms. Redden...6 ayes. The motion carried. **(17-2020)**.

RESOLUTION FOR BRAND IDENTITY LAUNCH

Mrs. LaMacchia presented the following resolution:

> WHEREAS the Library serves the city of Cincinnati and Hamilton County, with 16 locations in the city and 26 locations in the county, and

> WHEREAS because the Library had not undergone an evaluation of its logo, brand or identity in over 20 years, the Library initiated work to re-envision the Library's brand and identity in the summer of 2019 to ensure that it was aligned with the community, and

> WHEREAS as part of the brand identity re-envisioning process, the staff planning team recommended simplifying the name of the Library prioritizing the need and desire for the name to be inclusive of both the city and the county, and

> WHEREAS the Library's new brand will launch on August 17, 2020 in conjunction with the launch of the new web site, and

> WHEREAS the authority to change the Library's name is granted to this Board of Trustees in Section 3375.34 of the Ohio Revised Code, therefore be it

> RESOLVED that effective upon passage of this resolution, the brand name of The Public Library of Cincinnati and Hamilton County shall be changed to the Cincinnati and Hamilton County Public Library by which name it shall be known in the future and,

legally effective January 1, 2021 shall be the name under which the Library may acquire and convey property, contract, sue or be sued, or perform any other official act.

WHEREAS said Board is organized under Section 3375.22 of the Ohio Revised Code (ORC) and derives its authority from Section 3375.40 and other relative sections of the ORC. The Board is a body politic and corporate, and as such, is capable of suing and being sued, contracting, acquiring, holding, possessing and disposing of real and personal property, and of exercising such other powers and privileges as are conferred upon it by law (Section 3375.33 ORC), therefore be it

RESOLVED that effective upon passage of this resolution, the name of this body is the Board of Trustees (the "Board") of the Cincinnati and Hamilton County Public Library (the "Library") (Section 3375.34 ORC).

The new brand is set to launch simultaneously with the new website on Monday, August 17. LPK, the company working with us on the brand identity re-envisioning project, and the Marketing Department have put together an unveiling that will be mostly digital. For capacity reasons, the initial changes will be primarily visible on social media, but as we move into fall, all of our media will begin to reflect the new look. LPK, Marketing and Internal Communications are putting together more staff training to familiarize the entire team with how to live the brand in their day-to-day duties. For the launch, staff will receive new T-shirts and lanyards.

As part of the brand identity re-envisioning process, LPK recommended simplifying the name of the Library and re-organizing the wording to emphasize the community we serve. While several iterations were considered by the staff planning team, a key determining factor was the need and desire to be inclusive of both the city and the county. Therefore, the recommended new name for the Library is: "Cincinnati and Hamilton County Public Library." The new name achieves both the desire to simplify the name and puts an emphasis on our community by putting Cincinnati and Hamilton County first. We will begin implementing this change immediately, but the legally effective date will be January 1, 2021.

It is recommended that the Board approve the Resolution to change the Library's name.

Mrs. LaMaccia moved that the Board adopt the resolution as it is written.

Mr. Hendon seconded.

Voting for the motion: Ms. Allen, Ms. Kohnen, Mr. Hendon, Mrs. LaMacchia, Mr. Olson, Ms. Redden...6 ayes. The motion carried. **(18-2020)**.

Mr. Hendon moved the following:

The Facilities and Finance and Audit Committee recommended that the Board take the following action.

- Approve authorization for the following revisions:

**General Fund**
**Revenue**

| | | |
|---|---|---|
| Other sources - Intergovernmental - State funding decrease by | $ | (3,199,006.64) |
| Other sources - Fines and fees - decrease by | $ | (609,993.36) |
| Other sources - Earnings on investments - decrease by | $ | (149,000.00) |
| *Decrease in resources* | $ | (3,958,000.00) |

**Expenses**

| | | |
|---|---|---|
| Salaries - decrease by | $ | (2,500,000.00) |
| Retirements benefits - decrease by | $ | (350,000.00) |
| Insurance benefits - increase by | $ | 500,000.00 |
| Supplies - decrease by | $ | (25,000.00) |
| Purchased and contracted services - decrease by | $ | (583,000.00) |
| Library materials - decrease by | $ | (1,000,000.00) |
| *Decrease in expenses* | $ | (3,958,000.00) |

The updated PLF estimate for the calendar year 2020 reflects a reduction of $3,199,006.64 from the original estimate. We have revised the budget for several other revenue items based on year to date actual.

We have reviewed expenditures to date and anticipated expenditures and encumbrances for the remainder of the year. Early actions taken in anticipation of revenue decreases such as the delay of staff merit increases, staff hour reductions and staff furloughs result in current salary savings of approximately $2.5 million. These savings are partially offset by $500,000 in additional unemployment insurance expenses.

Another area of significant savings resulting from early strategic action is a reduction in the Library Materials by $1,000,000. We have also recognized operational savings in many purchased and contracted services areas, including travel and meeting expenses, utilities, contracted security, and professional services as the result of delaying planned projects. There has been a small savings in supplies.

- Approve the following revision to increase the funding for staff morale supplies from the Armstrong Fund.

**Armstrong Fund**
**Expenses**

| | | | |
|---|---|---|---|
| Supplies - increase by | | $ | 5,000.00 |
| *Increase in expenses* | | $ | 5,000.00 |

The updated estimate for the 2020 PLF, received at the end of June, reflects an approximate 7% reduction from the original estimate.

Initial certification for 2021, received at the end of July, is about 11% less than the original 2020 estimate. The chart below reflects the estimates.



Mrs. LaMacchia seconded.

Voting for the motion: Ms. Allen, Ms. Kohnen, Mr. Hendon, Mrs. LaMacchia, Mr. Olson, Ms. Redden…6 ayes. The motion carried. **(19-2020)**.

Mr. Hendon moved the following:

- Approve adopting the Construction Manager at Risk construction delivery model for the Main Library Project.

- Authorize Molly DeFosse to Coordinate and convene the Construction Manager at Risk Evaluation Committee:

- o  Molly DeFosse, Coordinator
- o  Jay Derenthal – Champlin, Architect – Advisor role
- o  Michael Collins, JS Held, Owner's Rep – Advisor role
- o  Greg Olson, Trustee – Advisor Role
- o  Jeff Gerrein
- o  Brett Bonfield
- o  Paula Brehm-Heeger
- o  Kathy Bach

- Authorize the bid below and authorize the committee to review the statements of qualifications, select the top three firms, interview the top three as part of second step of the process where proposals for pricing and technical qualifications are submitted, and make a final recommendation to the Board in October 2020.

## NOTICE OF REQUEST FOR QUALIFICATIONS
## FOR CONSTRUCTION MANAGER AT RISK

The Public Library of Cincinnati and Hamilton County is requesting statements of qualifications pursuant to Ohio Revised Code Section 9.33, et seq., from firms to provide construction manager at risk services for its Main Library Maintenance and Renovation Project. Questions may be directed to, and Requests for Qualifications may be obtained by written request from Molly DeFosse, Chief Finance and Facilities Officer, at capitalprojectsubmissions@cincinnatilibrary.org. Qualifications will be accepted until 12:00 p.m. local time, September 11, 2020.

In addition, Library leadership recently met with four firms to discuss potential owner's rep services. These firms were Cushman Wakefield, Browne Engineering and Construction, JS Held, and JLL. In reviewing the firms, experience in the areas below were discussed and considered:

- Leading large urban projects
- Working with publicly funded projects and public bidding
- Delivery methods
- Evolving scope projects
- Working with the City of Cincinnati
- Challenges identified with like projects
- Strengths the firm would bring to the project

The Library has chosen to work with JS Held on the project and will evaluate the needs as each phase and resulting project scope is identified.

Ms. Redden seconded.

Voting for the motion: Ms. Allen, Ms. Kohnen, Mr. Hendon, Mrs. LaMacchia, Mr. Olson, Ms. Redden…6 ayes. The motion carried. **(20-2020)**.

Mr. Hendon moved for the following:

- Confirm for the following approved change orders for the Price Hill Branch project:

| Jostin Construction | TC-01 General Trades | Change Order #2 | $ | 15,004.36 |
|---|---|---|---|---|
| SSRG | TC-02 Masonry | Change Order #2 | $ | 1,044.90 |
| CHC Manufacturing | TC-03 Structural Steel | Change Order #2 | $ | 4,409.00 |
| Geiger Construction Products | TC-04 Window/Storefront | Change Order #2 | $ | 2,769.10 |
| OK Interiors Corp | TC-05 Framing/Drywall | Change Order #1 | $ | 14,164.44 |
| Delta Electrical Constractors Inc. | TC-09 Electrical | Change Order #1 | $ | 2,420.00 |

The change orders are the result of modifications to original specifications that were either missed in the design process, required clarification as the detail work got underway, or the contractor suggested an opportunity for savings.

To date, there are 11 formal approved change orders totaling a net deduct of $7,332.97. The net deduct is primarily the result of a deduct of $53,339 for Geiger Construction as a result of a value engineering change suggested by the contractor.

There have been several issues with the design of the project which has resulted in a significant amount of resolution time and/or increased costs. These issues include, but are not limited to:

- After contracts had been issued, Fishbeck performed an internal audit of their structural steel drawings which resulted in several modifications.
- During design, the Library requested that the cove ceiling be removed in the original building to make sure that all environmental issues were resolved. This detail was not included in the drawings resulting in redesign and a change order.
- During design, the Library emphasized the importance of acoustic wall insulation in certain spaces. This detail was not included in the drawings resulting in a change order.
- During design the Library requested bypass entry doors but the final specifications included swinging door. (This has been corrected via a change order).
- The flooring in the old building was deteriorated wood flooring and the design notes missed including the replacement of this flooring.
- There was a lack of coordination within Fishbeck in the structural and architectural drawings for the interior stairway which resulted in a redesign and change order.
- Duct openings through masonry walls were not clarified on the drawings.
- Fire suppression design calculations were not accurate.

All major concrete pours for the project have been completed on grade and on elevated floors for the new addition. The exterior brick and cast stone masonry is in progress at all elevations of the new addition. Roof replacement and new roof installation beginning on site. Interior walls and door frames are being installed in the existing building with plumbing, electric and HVAC above ceiling in progress in all areas. Storefront window systems are scheduled to be delivered and begin installation. Owner occupancy is still on track to occur the 1st quarter of 2021.

Mrs. LaMacchia seconded.

Voting for the motion: Ms. Allen, Ms. Kohnen, Mr. Hendon, Mrs. LaMacchia, Mr. Olson, Ms. Redden…6 ayes. The motion carried. **(21-2020)**.

Mr. Hendon moved for the following:

- Approve execution into a short-term lease with the Model Group for temporary space for the Walnut Hill Branch in close proximity to the current Branch with the following terms and authorize the Eva Jane Romaine Coombe Director to sign the lease.

| | |
|---|---|
| Monthly rent – | $1,500 |
| Space – | 1220 square ft located at 961 McMillan, Cincinnati, Ohio 45206 |
| Term – | 18-month lease agreement beginning 9/1/2020 |
| Turnover | As-is condition – formerly retail space |
| Parking | Located in former Kroger lot – 6 spots at $75 per month each |
| Utilities | Electric and internet in tenant's name and a trash fee of $25/month. Landlord pays water/sewer. |
| Structure | Modified Gross lease – Landlord is responsible for RE taxes, building insurance, and building maintenance. Tenant pays for utilities, insurance on general liability, contents, and improvements |

The building project design has recently reached the 50% Construction Document Design Phase, which is still on design schedule. The City of Cincinnati coordinated design review meeting is tentatively scheduled at the end of July to obtain design comments from City officials in various departments for permitting. The final construction documents are scheduled to be completed by early September (Sept. 7th). Megen Construction will begin the final 3-week constructability review, project estimate and assembly of the Guaranteed Maximum Price to present to the Library for review and consideration, which will be presented to the Library Board of Trustees for review and approve at the October 6th Board of Trustees meeting.

Mrs. LaMacchia seconded.

Voting for the motion: Ms. Allen, Ms. Kohnen, Mr. Hendon, Mrs. LaMacchia, Mr. Olson, Ms. Redden...6 ayes. The motion carried. **(22-2020)**.

Mrs. LaMacchia moved for the following:

- Acknowledge and approve the easement, Exhibit A, granted by the City of Cincinnati to the Library for the new driveway at the Price Hill Branch which was granted on June 11, 2020.

Ms. Redden seconded.

Voting for the motion: Ms. Allen, Ms. Kohnen, Mr. Hendon, Mrs. LaMacchia, Mr. Olson, Ms. Redden...6 ayes. The motion carried. **(23-2020)**.

Mr. Hendon moved for the following:

- Authorize refunds to staff members for their prorated share of insurance premiums issued to the Library. Many insurance providers are issuing partial premium refunds to their customers during the pandemic. The Library has received refunds from both our medical and dental insurance providers. The premiums for both of these are shared with our staff members. As a result, we recommend sharing the refund with staff members. The employee contribution rate of 16% or 5% based on the plan selected ($5,690.45) of the medical premium refund of $36,438.87 will be allocated among participating staff on a prorated portion of their premium. Likewise, the employee contribution rate of 35% ($3,733.00) of the dental premium refund of $10,666.53 will be allocated among participating staff on a prorated portion of their premium.

Mrs. LaMacchia seconded.

Voting for the motion: Ms. Allen, Ms. Kohnen, Mr. Hendon, Mrs. LaMacchia, Mr. Olson, Ms. Redden...6 ayes. The motion carried. **(24-2020)**.

Mr. Hendon moved for the following:

- Approve exercising the two-year renewal option on the current Mt. Healthy lease, which was executed in 2017 for three years and included a two-year renewal option, with the landlord McMakin Lodge #120 F&AM that includes a 1% increase in rent each year beginning August 1, 2020, at $1,813.61 and increasing to $1,831.74 on August 1, 2021.

Mrs. LaMacchia seconded.

Voting for the motion: Ms. Allen, Ms. Kohnen, Mr. Hendon, Mrs. LaMacchia, Mr. Olson, Ms. Redden...6 ayes. The motion carried. **(25-2020)**.

Mr. Hendon moved for the following:

- Approve the Madisonville Branch lease, subject to the resolution of the fine print details making sure that the best interest of the Library are protected and final legal review, with the following key terms:

  Landlord: Madisonville Phase III LLC

  Description of the property:   8,762 (estimated) square feet in new mixed use property
      Block between Prentice St, Whetsel Ave, Madison Rd, and Mathis St.

  Estimated completion of property: Spring 2022 - occupancy 180 days after completion

  Initial Lease Term:   15 years
      1 - 60 mo - $15 per sq ft - estimated at $10,952.50 per mo
      61 - 120 mo - $16 per sq ft - estimated at $11,682.67 per mo
      121 - 180 mo - $17 per sq ft - estimated at $12,412.83 per mo
      CAM - estimated at $4,600.05 per month

  Renewal Options: Two Five year options at market rental value

  Buildout contribution from Landlord:      $40 per sq ft (currently estimated at $350,480)

  Option to purchase:   Option to purchase at fair market value between 7.5 and 9.5 year of lease

  Estimated project costs to the Library: TBD

- Authorize the Eva Jane Romaine Coombe Director to execute the lease.

Mrs. LaMacchia seconded.

Voting for the motion: Ms. Allen, Ms. Kohnen (abstained), Mr. Hendon, Mrs. LaMacchia, Mr. Olson, Ms. Redden...5 ayes. The motion carried. **(26-2020)**.

Ms. LaMacchia moved for the following:

Approval of policy updates and changes. The new policies are as follows:

**Safe Driving Policy**

To meet the new requirements of our Library auto insurance provider, a Safe Driving Policy is needed as a condition of our auto renewal. This new policy outlines the expectations of all staff members who are driving on behalf of the Library in any capacity. The draft policy is outlined in Exhibit A and is recommended for approval.

EXHIBIT A

PROPOSED Safe Driving Policy

The following rules apply whenever an employee is driving on Library business or operating a Library vehicle:

- You must possess a valid state driver's license and not be subject to any driving license limitations that would prevent you from driving the vehicle. You must immediately report any limitations placed on your ability or privilege to drive by any medical or legal authority.

- The driver and all passengers must wear safety belts.

- Abide by all federal, state, and local laws.

- Do not drive while under the influence of any substance that could impair your ability to drive safely, including but not limited to illegal drugs, prescription drugs, controlled substances, alcohol, and over-the-counter medications.

- No illegal drugs or alcohol are permitted in the vehicle.

- Do not drive when your ability to drive safely is impaired by fatigue.

- Texting, e-mailing, sending or reviewing data, "web surfing," game playing, and any other form of distracted driving behavior is prohibited under all circumstances.

- Even if state or local laws permit telephone usage while driving, the Library strongly encourages employees to refrain from such usage, including talking or listening to another person on the phone while driving. Telephone calls should be made or received only after you have proceeded to a safe location off the road with the vehicle safely stopped. If talking on the phone while driving is unavoidable, you must use a hands-free device and keep the call as short as possible. Employees who use are using GPS technology for directions should set those devices prior to the beginning of their trip.

- In the event of an accident, stay with the vehicle and file a police report or otherwise cooperate with the police, as applicable, unless you are unable to do so because you require prompt medical attention away from the scene of the accident. Report the details of the accident to your Manager as soon as possible.

- Do not drive a vehicle that is unsafe. If you become aware that a Library vehicle is unsafe or in need of maintenance, you must bring this issue to the attention of your Manager as soon as possible.

- You are legally and financially responsible for any traffic tickets/citations you receive. If you receive a ticket/citation while driving a Library vehicle, you must promptly report that to your Manager.

Violations of this policy may result in discipline, up to and including termination.

**Reduction in Workforce Policy**

In an effort to provide clear, updated communication and expectations around any staffing reconfiguration or organizational changes that result in a reduction in workforce, a revised Reduction in Workforce Policy is recommended for approval and attached in Exhibit B. The current policy, attached in Exhibit C, was last reviewed in 2005 and was found to be in need of updating to reflect current terminology, positions and practices.

EXHIBIT B

PROPOSED Reduction in Workforce Policy

The Library strives to provide a stable work environment for its staff members. However, unstable funding, periodic review of operations, organizational changes and/or reconfiguring of the workforce may result in a Reduction in Workforce by either a temporary furlough, layoff or permanent job elimination within a department or branch.

When reasonably possible, the Library will attempt to give advance notice of furloughs, layoffs and job eliminations. When appropriate and consistent with business needs, the Library will consider seniority as a factor in decisions regarding furloughs, layoffs and job eliminations.
No paid leave time (such as vacation, sick leave, etc.) will accrue while a staff member is on furlough or layoff status. If a staff member is a participant in the Library's benefits programs, and the Library has extended benefits during a furlough or layoff period, the staff member must make arrangements to pay his/her portion of the premium for such benefits during that period.
A staff member on furlough or layoff status will be considered to have resigned if they are offered a job by the Library and: (1) declines the job offer; or (2) fails to respond to the job offer within 5 days.

The Library reserves the right to vary from the above procedures at its discretion as necessary to meet business needs.

**Absence Because of Emergency Closing Policy**

In order to address inconsistent terminology, language that is repetitive and unclear, and outdated practices, a revised Absence Because of Emergency Closing Policy is recommended for approval and shown in Exhibit D. The current policy is reflected in Exhibit E.

EXHIBIT D

PROPOSED Absence Because of Emergency Closing Policy

While the Library is a public service institution and has an obligation to maintain regular hours for the public, it is recognized that there are emergency situations in which it may be necessary to close one or more Library agencies for all or part of a regular working day. In such instances, staff members may be reassigned to work in another agency or may be sent home or told not to report to work. If staff are sent home or told not to report to work, they will be paid for the hours they were scheduled to work that day had the Library agency remained open.

Staff members who were scheduled to be on paid leave (such as sick leave, vacation, or other authorized leave) on a day when the Library closes for an emergency situation will receive their paid leave as usual. Staff members who were not scheduled to work or to be on paid leave on a day when the Library closes for an emergency situation will not be paid for that day.

When the Library is to be closed for an entire day because of an emergency, announcements will be made through email, the Library Emergency Alert Notification and local news media, as frequently as possible, so that staff members will not report for work.

This policy applies to emergency closings that last for all or part of one work day. For emergency closings that last for more than one work day, the Library will notify employees regarding whether and/or how they will be paid for such closings.

When expenses are incurred by a staff member, who is requested by The Eva Jane Romaine Coombe Director to perform service during an emergency, such actual expenses shall be reimbursed with proof of receipt of expenditure upon approval of The Eva Jane Romaine Coombe Director.

**Paid Time Off Policy**

In preparation for moving to an updated timekeeping system that features a needed scheduling component, the opportunity emerged to review the current PTO policy (Exhibit G). The proposed PTO policy (Exhibit F) offers a more equitable accrual method where staff accrue PTO by the hour rather than by part-time or full-time designation (for instance, a 24 hour employee will now accrue more PTO than a 20 hour employee); a higher cap on PTO accrual maximums

for most staff; and a requirement for one consecutive week of PTO to be taken to promote staff wellbeing.

EXHIBIT F

PROPOSED PAID TIME POLICY

The Library grants Paid Time Off (PTO) to employees regularly scheduled to work at least 20 hours per week.
1.   Grades 7-15:  Regular full-time and part-time employees in Grades 7-15 are granted PTO at .105 hours per hour worked (as defined below) up to the following amount per year:
        o   40 hour per week employees can earn up to 218.4 hours per year
        o   24 hour per week employees can earn up to 131.04 hours per year
        o   20 hour per week employees can earn up to 109.2 hours per year

2.   Grades 1-6:  In the initial year of employment, regular full-time and part-time employees in Grades 1-6 are granted PTO at .066 hours per hour worked (as defined below) up to the following amount per year:
        o   40 hour per week employees can earn up to 137.28 hours per year
        o   24 hour per week employees can earn up to 82.368 hours per year
        o   20 hour per week employees can earn up to 68.64 hours per year

This annual PTO benefit increases every two years  of service up to a maximum benefit equivalent of employees in Grades 7-15 in accordance with the schedule attached as Appendix A.
General Provisions
1.   Hours worked includes the following pay codes: Regular, Holiday, PTO, Sick, Bereavement, Jury Duty, Court Witness, Conference/Meeting, Delay Open, Premium Hours, and Training.
2.   Accrual and Use – New Employees: PTO benefits accrue from the start of employment for all new regular full-time and part-time employees. PTO benefits may not be used until after 13 weeks of employment.
3.   Accumulation Maximums: Unused PTO for full-time and part-time employees in any year may be accumulated and carried forward to the next year. The following limits apply (which represent approximately 2.5 years of earning):
    ·    Full-time employees – The maximum accumulation is 568 hours, in excess of which any accruable PTO is forfeited.
    ·    Part-time 24 hour per week employees – The maximum accumulation is 328 hours, in excess of which any accruable PTO is forfeited.
    ·    Part-time 20 hour per week employees – The maximum accumulation is 273 hours, in excess of which any accruable PTO is forfeited.
4.   All employees are required to take the equivalent of one full week of their scheduled hours off in a consecutive time frame during each calendar year.  This is to promote the wellness associated with time away from work.

5. Payout upon status change. When a full-time employee transfers to part-time status, the employee shall be paid for all vested PTO in excess of the part-time maximum.
6. Payout upon separation from service. Upon separation from service for any reason, employees of at least 13 weeks will receive a lump sum payment for their vested PTO at their current rate of pay. If an employee dies in service, this payment will be made to their estate.

### Appendix A

PTO Accrual

| Grades 1- 6 | | Full Time | 24 hours per week | 20 hours per week |
|---|---|---|---|---|
| | Per hour | Annual Max | Annual Max | Annual Max |
| Start | 0.066 | 137.28 | 82.368 | 68.64 |
| Second anniversary | 0.074 | 153.92 | 92.352 | 76.96 |
| Fourth anniversary | 0.081 | 168.48 | 101.088 | 84.24 |
| Sixth anniversary | 0.089 | 185.12 | 111.072 | 92.56 |
| Eighth anniversary | 0.097 | 201.76 | 121.056 | 100.88 |
| Tenth anniversary | 0.105 | 218.4 | 131.04 | 109.2 |

| Grades 7-15 | | Full Time | 24 hours per week | 20 hours per week |
|---|---|---|---|---|
| | Per hour | Annual Max | Annual Max | Annual Max |
| | 0.105 | 218.4 | 131.04 | 109.2 |

## Personal Appearance Policy

In an effort to update expectations that address how staff roles in the Library have transformed, proposed changes to the Personal Appearance Policy (Exhibit H) are recommended for approval. Accompanying Personal Appearance guidelines, which include the ability to wear jeans and athletic shoes, will be introduced to staff to reflect the more active duties and tasks that are being performed.

### EXHIBIT H

### PROPOSED PERSONAL APPEARANCE POLICY

The Library presents a professional image to the community as an institution that provides excellent service and accurate information in a friendly and efficient manner. Library staff are expected to reinforce that image through their attire. It is our policy that all staff present a neat and clean appearance, and wear clothing that is appropriate to the Library and to the work being performed. Additionally, staff must dress in a manner that allows them to safely perform their job duties. Because there are many different tasks

performed at the Library, there are differences in what is appropriate attire for those who work in various roles.

The Library provides guidelines that are meant to assist in providing direction in regards to what is appropriate attire for the workplace. The Library reserves the right to determine attire appropriateness. It is the responsibility of the Manager to explain expectations and counsel staff concerning their appearance when necessary.

A goal for 2020 has been to review and revise outdated policies in an effort to ensure that they are clear, concise and reflect the current practices of the Library. Human Resources has worked with Vorys, a law firm with extensive experience working with Ohio libraries, to craft or revise several policies.

Ms. Redden seconded.

Voting for the motion: Ms. Allen, Ms. Kohnen Mr. Hendon, Mrs. LaMacchia, Mr. Olson, Ms. Redden…6 ayes. The motion carried. **(27-2020)**.


## *INFORMATIONAL ITEMS*

### EVA JANE ROMAINE COOMBE DIRECTOR'S REPORT

Ms. Brehm-Heeger reported that:
- Through the Library Foundation, a donor provided a commitment to support technology enhancements at the West End Branch with a focus on needs due to the pandemic. This investment will be used to refresh the previously unused west courtyard of the branch, providing computers for customers in a quiet, outdoor area that is enclosed within the building.

- The Quarterly Statistical Highlight for the 2nd quarter of 2020 (April 2020-June 2020) is in Board Docs. This report contains statistics on our traditional measures of usage (circulation, visits) as well as additional statistics on how we have continued to provide services during the pandemic.


### FACILITIES AND FINANCE AND AUDIT COMMITTEE REPORT

Mr. Hendon reported that:

- All of the contractors have completed their work for the Energy Retrofit Project and the equipment is installed. Some punch list items remain in progress as do final inspections of completed work. We expect all details and paperwork to be completed by the end of September.

- The lease for the Deer Park Branch and the agreement with GBBN for design services have both been executed. Utilizing the work done during the FMP process, experience gained in the Price Hill and Walnut Hill's design processes, and the preliminary feasibility work done on Deer Park, the Library has been able to expedite the programming development provided to GBBN. We are working with the architect on possible early release packages so that we can accelerate the construction.
  The following is the high-level timeline:
    - Schematic design complete – August 2020
    - Design development complete – October 2020
    - Bidding – December 2020
    - Construction – February - June 2021
    - Branch opening – July 2021

- The 2019 audit is complete and Library received a clean opinion and clean GAGAS opinion. There are no management letter comments. In addition, the Fiscal Office completed the Comprehensive Annual Financial Report, which was submitted to the Government Finance Officers Association for participation in the annual award program. The Library will mail a report to each Board member.

- The Library has worked with Energy Alliances to procure our electric and gas suppliers for many years. Our current contract with Dynegy expires in September. We worked with Energy Alliances earlier this summer and secured very good pricing for four years. Our current rate is $.0481 per KWH and our new rate is $.04613 which represents a little over $28,000 a year in savings. We signed the agreement with Energy Harbor located in Akron. We point this out for two reasons. First, there is an anticipated annual savings and second, because Energy Harbor has been in the news recently. As always, we want to be as transparent as possible. The auditors reviewed the documentation regarding past procurement of electric suppliers during their audit this year and there were not comments.

- Facilities, Technology and Service staff worked together to ensure all locations are equipped with sneeze guards and other plexiglass barriers to begin working with the public. Overall, we installed 235 sneeze guards and distributed about 350 face shields to staff. We also worked with staff to set up signage and hand sanitizer/mask stations in compliance with the safe reopening protocols outlined by the Governor in the

Responsible Restart Ohio information and local health commissions. We moved furniture and provided necessary alterations to floorplans and furniture layout so that visitors can easily access resources while maintaining adequate social distancing.

## HUMAN RESOURCES COMMITTEE REPORT

Ms. Allen reported that:

- Preparation for the 2021 renewal of medical and voluntary benefits is continuing. On Tuesday, July 28, 2020, the Library received the initial renewal numbers from Anthem. Strategic Benefits, the Library's benefits broker, then submitted requests for quotes from other major medical carriers on behalf of the Library. A staff Benefits Renewal Work Group is being formed and will be meeting with Strategic Benefits for an overview of current medical plans as well as data that will impact our renewal. The Benefits Renewal Work Group is designed to offer transparency, understanding and effective communication around the renewal process.

- Due to our reduced ability to provide full services to the public, on Thursday, July 16, 2020, the difficult decision was made to furlough 58 staff members. The impacted agencies are Floaters in the Service Division, Genealogy & Local History, Information & Reference, and Youth Services. To address immediate staffing needs in other agencies due to position vacancies that occurred during the hiring freeze, 18 positions were posted and promoted to our furloughed staff, encouraging them to apply. First consideration was given to our furloughed staff when filling these positions, and at this time, 19 of the furloughed staff applied for open positions, and 14 of these staff have accepted new positions.

- On Monday, August 3, 2020 at 10:02 a.m. we received a wrongful termination charge via email. The charge of wrongful termination based on the First Amendment right to free speech was filed by Eric Noble. A response is being prepared in collaboration with attorney Matt Wagner.

## OPERATIONS COMMITTEE REPORT

Ms. Redden introduced:

- Popular Library Manager, Ella Mulford who talked about her department's role in the reopening of in-person service at the Main Library.

Ms. Redden reported that:

- As of August 3, the Library is providing curbside or drive-thru service at all locations with the exception of Price Hill, which is closed for a major renovation and expansion project. We are offering in-person service for access to computers, printers, and faxing, browsing and holds pickup at all locations except Elmwood Place, Greenhills, Mt. Healthy, and North Central. North Central, which had a delay in its reopening because of its HVAC repair, is schedule to open for in-person service on August 24, and Greenhills, which is co-located in a building with Winton Woods City School District administrative offices, will reopen for in-person service after Labor Day. Elmwood Place and Mt. Healthy are two of our smallest locations, and social distancing is a great challenge due to size and layout of the buildings.

  All locations providing service are open from 10 a.m. to 6 p.m., Mondays through Saturdays, with special hours for vulnerable populations on Wednesdays, Thursdays, and Fridays from 10 a.m.-noon. As part of its reopening plan, the Library has instituted numerous guidelines and protocols to ensure that it is providing outstanding customer service while mitigating safety concerns for community members and staff.

## STRATEGY COMMITTEE REPORT

Mrs. LaMacchia reported that:

- The beginning of this school year is like no other in recent history and as such we are supporting learning and teaching in different, new ways.
  - Thanks to the leadership of Library Trustee Karen Clemons, we are working with her team to move forward in providing library cards for all Cincinnati Public School students and teachers. In late July we emailed all the other district superintendents in the county encouraging them to get in touch about distributing library cards to students and teachers.
  - Lifelong Learning, MakerSpace/TechCenter, and Outreach are planning a week of activities for teachers the week of Aug. 10 to raise awareness about our resources.
  - Lifelong Learning is planning a virtual back to school event for parents and caregivers to help them access resources that will support remote learning.
  - Education and Homework Support is working on re-envisioning what homework help will look like for the first half of the school year.

- o  Branch staff are encouraged to think about how student needs will be different this year, and what accommodations to indoor and outdoor spaces can be made to support their needs, within the parameters of our current limitations on occupancy and the need for physical distancing.
- o  Strategy staff is participating in weekly virtual meetings with other youth-serving organizations and representatives from Cincinnati Public Schools to keep abreast of plans for the school year and to provide support to students and their families.

- Community Engagement Initiatives
  - o  In 2019, we partnered extensively with Legal Aid Society of Southwest Ohio, Community Action Agency, the YMCA, and St. Vincent DePaul to provide eviction prevention education and assistance in our libraries. While we are not hosting large, in-person programs at this time, these partners know our buildings and services are open to provide community members convenient and free access to computer, printing and faxing services for Legal Aid's clients.
  - o  The Library is joining forces with the Hoxworth Blood Center to create the Summer Blood Drive Tour, appearing at four library locations in July and August. As of Aug. 2, more than 94 community members made appointments to donate.
  - o  The Cincinnati Museum Center (CMC) approached the Library about offering free books to youth who visited the CMC during its re-opening week for the CMC Book Giveaway. We provided 1,000 books for all ages of youth on topics directly related to the exhibits featured in the CMC. Feedback from CMC staff was overwhelmingly positive and a meeting is being set up to explore other opportunities to connect the Library with the CMC's rotating exhibits. The CMC generously acknowledged the Library's support in the re-opening of the CMC on social media.
  - o  Library staff have been deployed on-site to provide laptops and unemployment and job searching assistance to the staff of two organizations that were forced to carry out layoffs. We also continued our partnership with Cincinnati Works, and we are piloting providing space at the Main Library for Cincinnati Works to meet with their members and provide in-person job assistance.
  - o  The Library is currently working with Cincinnati Compass to better reach and serve the immigrant community, including developing virtual storytimes and workforce development videos in languages other than English.
- Programs
  - o  Outdoor Programs:
    Health officials have said consistently that the risk of contracting COVID-19 is not as great outdoors than in an indoor setting. In order to take advantage of the warm weather to try and restore in-person programming in a way that minimizes risk, staff have been encouraged to plan outdoor programs.

- Some locations have begun planning outdoor programs, including Blue Ash, Harrison, Monfort Heights, North Central, Northside, Sharonville, and Westwood. These will follow all the safety protocols outlined by RestartOhio, including being limited to no more than 10 people.
- Agency Managers are currently working with Regional Managers to inventory outdoor spaces and needs related to making them more functional for outdoor services and programs. We hope to be able to use the state funding recently provided by the state to public libraries through CARES to improve these spaces.

o Virtual Programs
- In June and July, the Library hosted 200 live, interactive programs through Teams, Zoom, and other digital spaces. The Library published 97 new on-demand videos to our YouTube account and facilitated 38 virtual programs through Facebook Live. The Library's top programming priorities over the summer included social connectivity, job help, and youth learning.

o Summer Learning Update
- Through our local partnership, the Library has been able to serve 3,617 meals to youth throughout the county in June and July. Summer meals are offered at select branches, based on neighborhood demand and the capacity of our partner who delivers the meals. This is financially supported by a federally funded program at no cost to the Library.
- In August we're distributing free "Take and Make" kits for youth of all ages, which they can take home and enjoy with family members. The kits will help youth build skills in science, technology, engineering and math (STEM).
- Youth can visit any branch to enter into a drawing to win a prize for their summer learning efforts.

o Upcoming Programs
- Teachers Week, August 10-15: Teachers may participate in virtual sessions or sign up for an appointment in the Makerspace to learn more about library services, make materials for their classrooms, and more.
- Back to School in Unusual Times, August 17-22: A week of virtual programs for parents and caregivers to equip them with tools that can help them face the uncertainty of this new school year. Topics covered will include a common core crash course, teaching resiliency to kids, library resources for at-home learning, and more.
- Free Tools with ToolBank! How to create a successful community improvement project, August 18, 6:30 p.m.

**TECHNOLOGY COMMITTEE REPORT**

Mr. Olson reported that:

- The pandemic has had an impact in a variety of ways on the operations of the Distribution Center, from the substantial, if temporary, decrease in the demand for physical items, and the quarantining of returned items, to the need for virus mitigation protocols on the processing line, the delay in publishing many new book releases, and the skipping of movie theater releases in favor of streaming. As the Library opens to more in-person service, including browsing, and publishers are ramping up their operations, we are increasing our ordering of books, DVDs and other physical materials in anticipation of higher demand by customers.

- The Library uses Microsoft Windows as its operating system on all computers for staff and the public. Because Microsoft ended its support for Windows 7, the Library had to upgrade to the Windows 10 operating system to protect from security risks and other issues facing Windows 7. Information Technology/Computer Services staff visited all 42 locations to work on over 2,000 staff and public computers, including replacing almost 500 machines that could not be upgraded. The pandemic hit during the last few weeks of deployment, which pushed completion of the Windows 10 rollout to May 2020.

- In order to more effectively control the Library's computers centrally and remotely, Technology has recently completed a 6-month migration to Microsoft's client manager: System Center Configuration Manager (SCCM). SCCM features remote control, patch management, operating system deployment, network protection, anti-virus, and other services. This project will help the Library save $125,000 over the next 6 years.

- In 2019, a staff Library Card Experience Team met and worked on recommendations for making it easier to apply for a library card. This Team's recommendations included reducing the number of card types. The reduction in card types also provides an opportunity to tighten up associated "loan rules," such as how long an item can be checked out and how many renewals are available for a particular type of item, which should lead to an overall better experience for our customers.

- During the spring, the Library was not taking returns, and so we extended the due date of loaned items. Now that the book drops are open, we are bringing back familiar due dates with an improvement that will make the process clearer for customers and staff. The Library will now grant the courtesy due date extension at the time of checkout instead of toward the end of the first loan period, making the actual due date clear immediately. Materials will check out for 8 days (new feature DVDs), 14 days (older DVDs), or 42 days (all other items). Materials loaned by the Library will then be eligible for 8 automatic renewals of 4 days, 7 days, or 21 days as long as there are no holds on the item

and the customer's account is not blocked. We hope that this new process will give customers a clearer understanding of when their items are due.

## DEVELOPMENT COMMITTEE REPORT

Mrs. LaMacchia reported that:

- The Library has been the grateful recipient of several gifts since May, including significant gifts from the Martin Luther King, Jr. Coalition and the LaMacchia Family Foundation. In addition to these contributions, the Library has received in-kind support for Discover Summer participants to be used as prizes from Frisch's and United Dairy Farmers.

- The Library Foundation's fiscal year ended on June 30, unaudited results for the year include 4% growth of the endowment with overall contributions down by 25%, however there was a 28% increase in the total number of gifts received for the year.

- The following donors have made significant contributions or pledges to support the Library since May: Maxwell Weaver Foundation and FC Cincinnati Foundation. Additional grant funding requests have been submitted and are under review.

- Since closing to the public in mid-March, the Friends' warehouse has reopened for limited in-person and curbside service for customers. This new service point has been dubbed, "the Garage," and has been very popular since opening. "The Garage" has been profiled in Cincinnati Parent Magazine. This innovative and novel concept represents a pivot to resume service.

- The Friends are also hosting several "Donate Days" in the Library's Distribution Center's parking lot from 9 a.m. to 1 p.m. on August 15, 22 and September 12.

- The Anderson Township Library Association hosted their 40th Anniversary sale on August 8 at Burger Farm and Garden Center in Newtown. Results of this sale are still being finalized.

## *CONSENT AGENDA ITEMS*

Mrs. LaMacchia moved the Board approve the consent agenda as follows:

- Minutes of the Regular Meeting held June 9, 2020.

- Monthly Financial Reports – for the periods ending June 30, 2020 and July 31, 2020.

- Marketing Board Report – June 2020 and July 2020.

- Contributions, Gifts, and Donations – June 2020 and July 2020.

CONTRIBUTIONS, GIFTS, AND DONATIONS RECEIVED GREATER THAN $1000
June 1, 2020 - July 31, 2020

| 6/5/2020 | MLK Coalition | ML King Fund Support | 1,000.00 |
|---|---|---|---|
| 6/26/2020 | Library Foundation | Schott Foundation - Summer Adventure | 10,000.00 |
| 6/26/2020 | Library Foundation | Duke - Summer Adventure | 22,758.81 |
| 7/9/2020 | LaMacchia Foundation | Library support | 10,000.00 |
| 7/17/2020 | Friends of the Public Library | Support for Programs | 30,000.00 |

- Personnel Change Report reflects changes through July 11, 2020.

**Personnel Change Report**

| ACTION | FULL NAME | AGENCY | JOB TITLE | FTE | GRADE | EFFECTIVE DATE |
|---|---|---|---|---|---|---|
| Change | Ekezie, Austin U | Sorting & Materials Retrieval | Sorter | 1.00 | 01 | 06/28/2020 |
| Departure | Wise, Andrew | Techcenter / Makerspace | TechCenter\Makerspace Technician | 1.00 | 04 | 05/29/2020 |
| Departure | Becker, Joshua T. | Marketing | Senior Web Developer | 0.60 | 11 | 07/25/2020 |
| Departure | Beacher, Gabrielle A. | Sorting & Materials Retrieval | Page | 0.50 | 01 | 06/22/2020 |
| Departure | Rice, Theodore A. | Youth Services | Youth Services Department Manager | 1.00 | 10 | 07/01/2020 |
| Departure | Cottone, Isabella N. | Madeira Branch | Library Services Assistant | 0.60 | 03 | 07/03/2020 |
| Departure | Neal, Calena R. | Sorting & Materials Retrieval | Sorter | 0.50 | 01 | 07/11/2020 |
| Departure | Dickhaus, Joseph A. | North Central Branch | Library Services Assistant | 0.60 | 03 | 07/22/2020 |
| Departure | Acheson, Phoebe | Information & Reference Dept | Information & Reference Team Leader | 1.00 | 08 | 07/25/2020 |
| Departure | Bolt Dibari, Mary J. | Information & Reference Dept | Senior Library Services Assistant | 0.50 | 04 | 06/26/2020 |
| Departure | Plyler, Kathleen E. | Information & Reference Dept | Senior Library Services Assistant | 0.50 | 04 | 06/26/2020 |
| Departure | Walters, Chelsea R. | Madeira Branch | Library Services Assistant | 0.60 | 03 | 06/30/2020 |

**Personnel Change Report**

| ACTION | FULL NAME | AGENCY | JOB TITLE | FTE | GRADE | EFFECTIVE DATE |
|---|---|---|---|---|---|---|
| Departure | Ellis, Andrea K. | Groesbeck Branch | Library Services Assistant | 0.60 | 03 | 07/01/2020 |
| Departure | Kwa, Lois M. | Education & Homework Support | Education & Homework Support Assistant | 1.00 | 04 | 07/02/2020 |
| Departure | Winters, Rachael D. | Service Operations | Social Worker | 1.00 | 07 | 07/03/2020 |
| Departure | White, Elizabeth W. | Madeira Branch | Library Services Assistant | 0.50 | 03 | 07/07/2020 |
| Departure | Chu, Kyle L. | Madeira Branch | Shelver | 0.30 | 01 | 08/01/2020 |
| Departure | Poortman, Johanna H. | Symmes Township Branch | Library Services Assistant | 0.50 | 03 | 05/22/2020 |
| Departure | Mullee, Micaela H. | College Hill Branch | Library Services Assistant | 0.50 | 03 | 06/27/2020 |
| Departure | Dyson, Jessica L. | Walnut Hills Branch | Library Services Assistant | 0.60 | 03 | 07/18/2020 |
| Departure | Rodner, Julia E. | Education & Homework Support | Education & Homework Support Assistant | 0.60 | 04 | 06/12/2020 |
| Departure | Fickel, Sydney J. | Information & Reference Dept | Senior Library Services Assistant | 0.50 | 04 | 06/19/2020 |
| Departure | Hodges, Jessica R. | Popular Library | Shelver | 1.00 | 01 | 07/08/2020 |
| Departure | Thacker, Miciah L. | Monfort Heights Branch | Shelver | 0.30 | 01 | 06/05/2020 |
| Departure | Line, Sarah C. | Oakley Branch | Library Services Assistant | 0.50 | 03 | 06/26/2020 |
| Departure | Gray, Emmanuel-Sathya A. | Sorting & Materials Retrieval | Sorter | 1.00 | 01 | 07/24/2020 |
| Departure | Gasper, Andrew J. | Techcenter / Makerspace | TechCenter\Makerspace Technician | 0.50 | 04 | 07/27/2020 |
| Departure | Noble, Eric N. | Public Safety | Public Safety Specialist | 1.00 | 05 | 06/11/2020 |
| Retirement | Teagarden, Shalini N. | Popular Library | Library Services Assistant | 0.50 | 03 | 05/31/2020 |
| Retirement | Gehrich, Mary P. | Madeira Branch | Senior Library Services Assistant | 0.50 | 04 | 06/05/2020 |
| Retirement | Aghotte, Rachel | Director's Office | Administrative Assistant - Director's Office | 1.00 | 07 | 06/12/2020 |
| Retirement | Kallmeyer, Karen S. | Covedale Branch | Senior Library Services Assistant | 0.50 | 04 | 06/23/2020 |
| Retirement | Bandurraga-Hole, Charlene C. | Pleasant Ridge Branch | Children's Librarian | 1.00 | 07 | 06/30/2020 |
| Retirement | Havlick, Wendy C. | Cataloging & Processing | Cataloger | 1.00 | 07 | 07/24/2020 |

*05/17/2020 - 07/11/2020*

- Statistical Report for July 2020.

- Quarterly Statistical Highlights – April 2020-June 2020.

- Investment Report (summary of invested balances) as of July 31, 2020.

## Investment Summary as of July 31, 2020

| | | Amount As of 6/30/2020 | Amount As of 7/31/2020 |
|---|---|---|---|
| **Fifth Third Investment:** | | | |
| General Fund | | $3,750,000.00 | $3,500,000.00 |
| Building and Repair | | $7,750,000.00 | $5,750,000.00 |
| | **Total** | **$11,500,000.00** | **$9,250,000.00** |
| | | | |
| **Fifth Third Operating Account:** | | | |
| General Fund | | 28,090,708.57 | 8,745,230.41 |
| Insurance Reserve | | 230,000.00 | 230,000.00 |
| Special Revenue Funds | | 804,467.87 | 825,984.33 |
| Building and Repair | | 8,675,872.45 | 27,761,685.41 |
| Permanent Trust Funds | | 1,362,487.18 | 1,359,806.57 |
| | **Total** | **$39,163,536.07** | **$38,922,706.72** |
| | | | |
| **STAR Ohio:** | | | |
| Building and Repair | | 1,117,534.33 | 1,118,089.59 |
| | **Total** | **$1,117,534.33** | **$1,118,089.59** |
| | | | |
| **U.S. Bank Managed Investments (Trust Funds):** | | | |
| | **Total** | **$6,767,979.00** | **$6,767,979.00** |
| | | | |
| | | **$58,549,049.40** | **$56,058,775.31** |

Ms. Redden seconded.

Voting for the motion: Ms. Allen, Mr. Hendon, Ms. Kohnen, Mrs. LaMacchia, Mr. Olson and Ms. Redden... 6 ayes. The motion carried. **(28-2020).**

The Regular Meeting was then adjourned.

_____

President

_____

Attest: Secretary

## MINUTES OF THE BOARD OF TRUSTEES OF THE PUBLIC LIBRARY

## OF CINCINNATI AND HAMILTON COUNTY

Date:        June 9, 2020

Meeting:    Regular

Place:       Virtual

### REGULAR MEETING

## *CALL TO ORDER*

### ROLL CALL

|                       |                                                                                                          |
| --------------------- | -------------------------------------------------------------------------------------------------------- |
| Trustees Present:     | Ms. Allen (arrived after roll-call), Ms. Clemons (departed early), Mr. Hendon, Ms. Kohnen, Mrs. LaMacchia, Mr. Olson and Ms. Redden |
| Trustees Absent:      | None                                                                                                     |
| Present:              | Paula Brehm-Heeger, Molly DeFosse, Brett Bonfield, Staci Dennison, Kyla Hardin, Holbrook Sample, and Beth Yoke |

## *PUBLIC COMMENTS*

None.

## *ACTION ITEMS*

Ms. Brehm-Heeger requested the Board approve the following action, Mrs. LaMacchia moved to:

- Recommend our Library join many others in the state and regionally in operating in a "fine free" environment. This recommendation includes:
  - Waiving fines until the end of the year and possibly beyond after assessment.
  - A complete amnesty following the lead of other regional libraries, which encompasses past material costs and fines, with the Library resuming the practice



1

of charging for lost items when we are back to full-service.
- Providing staff with guidance and limits to forgive fines or fees on a case-by-case basis moving forward.
- Raising or removing the dollar barrier limit for borrowing materials.
- Raising the threshold for an account to be sent to a Collection Agency.

As mentioned in her May report, for several years many public libraries, including several in Ohio and Northern Kentucky, have been eliminating fines for overdue materials. With the onset of the COVID-19 pandemic, the question has become more urgent of how our Library should approach the future of fines. A small work group of staff was charged with contacting public libraries to provide an overview of the status on fines/fees. Forty-nine public libraries were surveyed (11 local libraries; 7 Ohio libraries serving large metropolitan areas; 31 peer libraries across the nation). The staff team found:
- 12 libraries were fine-free before the pandemic; several additional libraries were fine free but for only juveniles.
- Following the pandemic, in mid-April, 3 Ohio Metro libraries and 9 peer libraries joined this list for a total of 24 libraries.
- The remaining libraries have waived overdue fines or extended due dates during the pandemic, with 15 stating a date to resume charging overdue fines, ranging from May 31 to December 31, 2020.
- 7 libraries granted amnesty for past overdue fines, including 5 local Kentucky libraries that have granted amnesty for the cost of all items lost before the pandemic closure.

Important points to emphasize:
- The change will not eliminate all financial consequences for failure to return materials.
- Fines comprise a small portion of overall revenue, with this portion on a steady downward trend for several years. The fine history from 2013-2019 (Appendix I) can be found in the BoardDocs
- Although there is a loss of revenue there are certain transactional expenses associate with the collection of the revenue that will result in a small offset.
- We will continue billing for lost and damaged items.
- Overdue fines prevent some people from checking out materials, which undermines the library's overall mission of connecting people to the world of ideas and information.

Mr. Hendon seconded.

Voting for the motion: Ms. Clemons, Mr. Hendon, Ms. Kohnen, Mrs. LaMacchia, Mr. Olson and Ms. Redden... 6 ayes. The motion carried. **(11-2020)**.

Mr. Hendon moved the following:

The Facilities and Finance and Audit Committee recommended that the Board take the following action.

- Approve of the Deer Park lease with the following key terms and authorize the Eva Jane Romaine Coombe Director to execute the lease:

| | |
|---|---|
| Landlord | Hamilton Group, LLC |
| Description of the property | 24,934 square feet in the Dillonvale Shopping Center<br>4020 East Galbraith Rd, #16<br>Cincinnati, Ohio 45236 |
| Initial Lease Term | 10 years, 4 months<br>4 mo. - no cost<br>5 - 64 mo - $17,661.58 per month<br>65 - 120 mo - $17,700.50 per month |
| Buildout contribution from Landlord | Roof replacement |
| Estimated project costs to the Library | Project budget - $5,000,000 |

The Hamilton County Prosecutor's Office has reviewed the lease.

- The Madisonville lease was presented for approval with the following key terms:

| | |
|---|---|
| Landlord | Madisonville Phase III LLC |
| Description of the property | 8,762 (estimated) square feet in new mixed use property<br>Block between Prentice St, Whetsel Ave, Madison Rd, and Mathis St. |
| Estimated completion of property | Spring 2022 - occupancy 180 days after completion |
| Initial Lease Term | 15 years<br>1 - 60 mo - $15 per sq ft - estimated at $10,952.50 per mo<br>61 - 120 mo - $16 per sq ft - estimated at $11,682.67 per mo<br>121 - 180 mo - $17 per sq ft - estimated at $12,412.83 per mo<br>CAM - estimated at $4,600.05 per month |
| Renewal Options | 2 Five year options at market rental value |
| Buildout contribution from Landlord | $40 per sq ft (currently estimated at $350,480) |
| Option to purchase | Option to purchase at fair market value between 7.5 and 9.5 year of lease |
| Estimated project costs to the Library | TBD |

- A vote on the Madisonville lease was tabled so the lease could be reviewed further.

- Authorize the Eva Jane Romaine Coombe Director to enter into a contract with GBBN as the most qualified for the Lease Buildout Projects 2020-2024. The Library received Statements of Qualifications from 15 firms interested in providing architectural and design services for the Lease Buildout Projects 2020-2024 and rank the top three firms as follows:
  1. GBBN
  2. Brandstetter Carroll Inc.
  3. Levin Porter Architects

  The Committee reviewed the submittals and considered several factors:
  - Working with the Library
  - Working in the Library industry
  - Working with publicly bid projects
  - Knowledge and relationships with local construction market
  - Portfolio of sample projects

  Authorize the Eva Jane Romaine Coombe Director to enter into a contract with Champlin Architects as the firm most qualified for the Main Library Project. The Library received Statements of Qualifications from 6 firms interested in providing architectural and design services for the Main Library Project and rank the top three firms as follows:
  1. Champlin Architects
  2. GBBN
  3. Williams Architects

  The Committee reviewed the submittals and considered several factors:
  - Working with the Library
  - Working in the Library industry with an emphasis on large urban libraries
  - Working with publicly bid projects with multiple phases over a period of time
  - Knowledge and relationships with local construction market
  - Portfolio of sample projects

  Library staff will determine the timing of the project given the funding challenges. In addition, the Library will begin discussions with potential Owner's Rep firms for this project.

- Approval to waive the post audit meeting given that the audit is almost complete and Library staff is working to complete the Comprehensive Annual Financial Report. Currently, the auditors expect to issue a clean opinion and clean GAGAS opinion and there are no management letter comments. The auditors will still send out a draft opinion/GAGAS opinion to each board member with the option to request a meeting within 5 days of receiving the email.

Ms. Redden seconded.

Voting for the motion: Ms. Allen, Ms. Clemons, Mr. Hendon, Ms. Kohnen (Ms. Kohnen abstained from the architect selection on Lease Buildouts 2020-2024), Mrs. LaMacchia, Mr. Olson and Ms. Redden… 7 ayes. The motion carried. **(12-2020)**.

Mrs. LaMacchia moved the following:

- Authorize Fiscal staff the authority to seek and execute Depository Agreements for the period August 1, 2020 – July 31, 2025 with the following banks which are the five largest in Cincinnati. (Some banks may decline as a result of collateral requirements).

  Fifth Third Bank
  First Financial Bank
  Huntington Bank
  PNC Bank
  US Bank

  The current depository agreements with Fifth Third Bank, US Bank, PNC Bank, and Huntington Bank, expire on July 31, 2020. Although the Library is currently satisfied with the commercial banking provided by Fifth Third Bank and the investment management services provided by US Bank we intend to evaluate these services in the next 12 – 18 months and update the Board as appropriate.

Ms. Redden seconded.

Voting for the motion: Ms. Allen, Ms. Clemons, Mr. Hendon, Ms. Kohnen, Mrs. LaMacchia, Mr. Olson and Ms. Redden… 7 ayes. The motion carried. **(13-2020)**.


## *INFORMATIONAL ITEMS*

### EVA JANE ROMAINE COOMBE DIRECTOR'S REPORT

Ms. Brehm-Heeger reported that:

- Following the recent protests over the tragic death of George Floyd, Ms. Brehn-Heeger opened a dialogue with Library staff and with the public. She reiterated our commitment to valuing the lives and dignity of the many people of color we serve. Internally, we will be holding moderated discussions to hear the voices of staff who can help our organization be truly diverse and inclusive. We will also develop concrete steps to ensure inclusion is built into our organizational and leadership structure. Externally, our Facilities Master Plan process has a strong emphasis on diversity and inclusion. We will

build on this work. Despite the pandemic and limits to in-person gatherings we are developing spaces for discussion and resources to support healing and growth.

- The temporary operations of the Price Hill Branch, which had been located at the neighboring Cincinnati Recreation Commission site since a ceiling collapse in July 2018, have ceased. The continuation of the lease agreement with the CRC expired in May 2020. The CRC also had their own need for their space this summer and we have a projected opening for the renovated and expanded Price Hill Branch set for late 2020 or early 2021. Staff will continue to find avenues for offering materials and services via community partnerships in Price Hill until the greatly enhanced new location opens.

- As mentioned in Ms. Brehm-Heeger's May report, the Library has moved to producing a statistical report in the format of the Director's Report on a quarterly basis. The next quarterly report will be produced at the end of July (reviewed at the August Board meeting). In lieu of this full report, below is a statistical overview for May 2020:
  - 432 curbside and 931 drive-thru visits since reactivating service in late May
  - 2,553 meals served
  - Digital circulation was 450,000 (up 30% from May 2019)
  - Social media
    - 33,000 engagements on Facebook (up from 5,500 in May 2019)
    - 18,000 engagements on YouTube (up from 3,400 in May 2019)
  - Virtual Information Center
    - 13,700 calls
    - 1,800 emails
    - 2,400 chats
  - 1,300 new cardholders (includes temporary 3-week cards)
  - 714,000 minutes of wifi used

## FACILITIES AND FINANCE AND AUDIT COMMITTEE REPORT

Mr. Hendon reported that:

- Currently, we do not have any new updates related to PLF funding but do expect more information to report at the Board meeting. We expect the tax levy amount for the second half to be available at the August board meeting. The primary source of other revenue is Fines and Fees. As expected, this is down for the year and we expect that to continue through 2020.

- As staff begin returning to the buildings and the Library begins providing service, we are making concerted effort to make sure that we have necessary cleaning, sanitizing, and protective equipment. One major challenge is the number of facilities we have. In many cases, we need to keep a larger amount on hand so that we can meet the needs of all locations. In addition, we do not have enough good information on consumption

to predict our needs. These factors, combined with customer and staff expectations, as well as limited supplies in that market need to be considered when rolling out additional services.

## TECHNOLOGY COMMITTEE REPORT

Ms. Redden reported that:

- BiblioCore is the part of BiblioCommons that will replace our current catalog search functionality with more accurate search results, easier borrowing, and enhanced discovery pathways to our materials. BiblioWeb is the part of BiblioCommons that will replace cincinnatilibrary.org with a new website, fresh content, great customer experience, and seamless integration with the catalog. After delaying staff training and the launch date, we have a new timeline.

  June 8 to July 12:
  - BiblioCore training for staff featuring webinars and online classes
  - Newly developed staff training is mostly asynchronous – easy on scheduling as we open services

  June 29 to July 12:
  - BiblioWeb tours for staff

  July 13 to August 2:
  - Public Preview of the complete BiblioCommons experience

  Monday, August 3:
  - Full Public Launch of BiblioCommons
  - We are happy to provide a top flight online experience for all of our customers, especially during times of more limited or modified access to our physical locations.

## OPERATIONS COMMITTEE REPORT

Ms. Redden introduced :

- Avondale Mid-Size Branch Manager, Kaya Burgin talked about the Avondale community, the role the branch plays in that community, in particular the importance the Library plays in providing essential technology access.

- The Library's in-person service activation and plans are as follows:

  On Tuesday, May 26, the Library re-opened drive-thru service at its Covedale, Groesbeck, Harrison and Reading branches, as well as the Main Library, and curbside

service at Symmes. Two days later, on May 28, the Library began curbside service at Blue Ash and Loveland branches, and added additional curbside service locations on June 1 at Anderson, Clifton, Green Township, North Central and Walnut Hills branches. Curbside service at Delhi, Hyde Park, Oakley, Sharonville and Wyoming branches was added on June 8. In addition, on June 1, we began accepting returns at all locations except Price Hill, which, as noted, in the Director's report, is no longer operating in the Cincinnati Recreation Center where it has been collocated because the Center is not open to the public. June 1 was also significant because the Library began accepting new requests to reserve books, DVDs, and other physical items in its collection. Customers could send their holds to any of the locations providing in-person service.

Based on its success at the first 18 locations offering in-person service, and by comparing best practices with peer libraries, the Library is planning to add additional in-person service later in June. Our intention is to open the Main Library's first floor (both buildings) for technology access including copying, printing and faxing, the week of June 15. We will add three additional locations (Avondale, College Hill, and St. Bernard) for similar technology focused access the week of June 22. Staff will mediate access to onsite materials as we can at these early locations offering in-person service. These service models will be different than pre-pandemic service with limited number of customers in any location at a given time and a focus on recommended social distancing. Also on June 22 we intend to launch browsing-only locations at Mariemont and Monfort Heights. As services restart we may need to review our Standards of Library Behavior to ensure that these Standards encompass regulation of physical distancing as necessitated by public health needs. Any change is subject to approval by the Hamilton County Prosecutor's Office and approved by the Board of Trustees at the next full Board meeting.

- The Library is finishing its second of three scheduled Branch refreshes and starting its third. Following the carpet, paint and furniture refresh at Elmwood Place, which reopened March 9, a refreshed College Hill, with new carpet and paint, will reopen for technology-focused access during the week of June 21. Madeira's carpet and paint refresh, which will reverse the adult and children's areas of the building in order to offer improved customer service and better meet the needs of its community, will be completed in early July.

## HUMAN RESOURCES COMMITTEE REPORT

Ms. Allen reported that:

- Preparation for the 2021 renewal of medical and voluntary benefits has begun. The Human Resources benefits team met with Strategic Benefits, the Library's benefits broker, to discuss the claims data and projections for the 2021 renewal rates. Strategic Benefits informed the team that the anticipated renewal rates, which are based on experience and historical claims data, are projected to increase at a more significant rate

than in recent years. Human Resources will seek to engage a small group of staff to discuss benefit options as we move forward.

## STRATEGY COMMITTEE REPORT

Mrs. LaMacchia reported that:

- We adjusted plans for summer learning so that we can continue to offer robust resources and opportunities, but in a way that provides flexibility given the uncertain environment brought on by the pandemic. We are offering a mix of online and print resources and services to accommodate families with differing levels of access and expertise with digital tools and technology. Discover Summer officially kicks off on June 8th. Information can be found at cincinnatilibrary.org/summer.

For summer, we are serving the community by:
- Distributing one free book per child or teen (up to 30,000), as well as summer activity booklets for the following age ranges: pre-kindergarten, elementary school, middle school and high school. Families with pre-kindergarteners will also receive an early literacy calendar. Each booklet includes do-at-home STEM (science, technology, engineering and math) activities as well as a page to track the number of minutes each day a young person spends reading and learning.
- Planning virtual programs and events to take place daily throughout the summer. If it becomes safe to do so later in the summer, we may consider some in-person, small group activities. These are added to the online calendar as they're finalized.
- Creating a robust web presence and engagement tool. Besides offering a web site with resources, this year we are piloting an engagement tool called BeanStack, which works via a mobile app and online. Parents can use it to track their child's reading and learning, find and share reading recommendations, and more. We hope to launch BeanStack the second half of June.
- Summer meals are being offered at select branches, based on neighborhood demand and the capacity of our partner who delivers the meals. This program is federally funded.
- In July we'll begin offering "Take and Make" kits for elementary aged youth which they can take home and enjoy with family members. The kits will help children build skills in science, technology, engineering and math (STEM).

An ad-hoc group of Children's and Teen Services Librarians are currently developing recommendations for serving youth while we are in Tiers 2 and 3 of our recovery process, which will lead to some additional services. The goal is to build on existing partnerships, such as our summer meals partner, to bring additional opportunities to youth this summer, especially while our buildings are not fully open to the public. We are also in close communication with other community organizations that serve youth in the summer to see how we may coordinate our efforts to better serve youth across the city and county.

- Strategy has been working with community partners, and since mid-March we have delivered:
  - Over 700 masks sewn in our Makerspaces to TriHealth and are awaiting cloth from the Hamilton County Public Health Department to begin making masks for them.
  - 2,000 books to the Cincinnati Recreation Commission to distribute to youth via their Rec to Go Bags. We expect to deliver 500 more books, provided by the Friends, in early June to additional organizations in the county.

We are also in conversations with community institutions such as Cincinnati Compass, the Cincinnati Museum Center and Cincinnati Public Schools, to see how we may pool resources to serve vulnerable populations throughout the county.

While some of our facilities remain closed we have also reached out to organizations and offered use of our spaces, such as parking lots, for activities like blood drives.

Given the unrest in the community due to the tragic killing of George Floyd in Minneapolis, we have also reached out to community groups to offer our support in helping to promote a dialog about race and to create a more equitable community for all residents.

## *CONSENT AGENDA ITEMS*

Mrs. LaMacchia moved the Board approve the consent agenda as follows:

- Minutes of the Regular Meeting held May 19, 2020.

- Monthly Financial Reports – for the period ending May 31, 2020.

- Marketing Board Report – May 2020.

- Contributions, Gifts, and Donations – May 2020.

CONTRIBUTIONS, GIFTS, AND DONATIONS RECEIVED GREATER THAN $1000
May 1, 2020 - May 31, 2020

| 5/29/2020 | Library Foundation | Johnson - Adult Learning | 10,000.00 |
| 5/29/2020 | Library Foundation | Cincinnati Childrens Hosp - Covid/Summer | 4,000.00 |

- Personnel Change Report reflects changes through May 16, 2020.

**Personnel Change Report**

| ACTION | FULL NAME | AGENCY | JOB TITLE | FTE | GRADE | EFFECTIVE DATE |
|---|---|---|---|---|---|---|
| Appointment | Killman, Margaret S | Strategy | Lifelong Learning Manager | 1.00 | 10 | 04/05/2020 |
| Appointment | Kendig, Daniel L | Marketing | Web Developer | 1.00 | 10 | 04/19/2020 |
| Appointment | Becker, Joshua T | Marketing | Senior Web Developer | 0.60 | 11 | 03/22/2020 |
| Change | Henry, Owen K | Marketing | Web Developer | 1.00 | 10 | 04/30/2020 |
| Change | Bach, Kathleen A | Service Operations | Regional Manager | 1.00 | 12 | 05/03/2020 |
| Change | Holt, Christopher C | Service Operations | Regional Manager | 1.00 | 12 | 05/03/2020 |
| Change | Greifenkamp, Katherine | Service Operations | Regional Manager | 1.00 | 12 | 05/03/2020 |
| Change | Brehm-Heeger, Paula C | Director's Office | Eva Jane Romaine Coombe Director | 1.00 | X | 05/03/2020 |
| Change | Hardin, Kyla D | Human Resources | Human Resources Director | 1.00 | 14 | 05/03/2020 |
| Change | Rice, Christopher | Marketing | Marketing Manager | 1.00 | 13 | 05/03/2020 |
| Change | Rampa, Justyn E | Strategy | Customer Experience Manager | 1.00 | 10 | 05/03/2020 |
| Change | Dennison, Staci N | Development Office | Chief Development Officer | 1.00 | 14 | 05/03/2020 |
| Change | Yoke, Beth A | Strategy | Chief Strategy Officer | 1.00 | 14 | 05/03/2020 |
| Departure | Brinker, Krista M | Cataloging & Processing | Line Assistant Physical Processing | 1.00 | 02 | 03/22/2020 |
| Departure | Wise, Andrew | Techcenter / Makerspace | TechCenter\Makerspace Technician | 1.00 | 04 | 05/29/2020 |
| Departure | Dyer, Chelsea E. | Popular Library | Shelver | 0.60 | 01 | 03/27/2020 |
| Departure | Pietens, Kelsey J. | Blue Ash Branch | Children's Librarian | 1.00 | 07 | 04/03/2020 |
| Departure | Young, Sha'Tisha F. | Popular Library | Senior Library Services Assistant | 0.50 | 04 | 04/04/2020 |
| Departure | Hedspeth, Ramona L. | Covedale Branch | Library Services Assistant | 0.50 | 03 | 05/01/2020 |
| Departure | Reeder, Abraham L. | Anderson Branch | Shelver | 0.30 | 01 | 05/11/2020 |
| Departure | Kim, Yungeun | Sharonville Branch | Homework Help Aide | 0.30 | 01 | 05/15/2020 |
| Departure | Poortman, Johanna H. | Symmes Township Branch | Library Services Assistant | 0.50 | 03 | 05/22/2020 |
| Departure | Reichkitzer, Noelle T. | Covedale Branch | Library Services Assistant | 0.60 | 03 | 03/25/2020 |
| Promotion | Taylor, Kathleen | Service Operations | Regional Manager | 1.00 | 12 | 05/03/2020 |
| Promotion | Rampa, Justyn E | Strategy | Customer Experience Manager | 1.00 | 10 | 03/22/2020 |
| Promotion | Desiderio, Joseph F | Youth Services | Teen Librarian | 1.00 | 07 | 03/22/2020 |
| Retirement | Bolek, Sandra C. | Marketing | Digital Development Team Leader | 1.00 | 11 | 04/30/2020 |
| Retirement | Sferra, Maria A. | Service Operations | Regional Manager | 1.00 | 12 | 04/30/2020 |
| Retirement | Huebner, Kathy J. | Delhi Township Branch | Library Services Specialist | 1.00 | 05 | 05/01/2020 |
| Retirement | Brush, Sally M. | St Bernard Branch | Senior Library Services Assistant | 1.00 | 04 | 05/09/2020 |

**Personnel Change Report**

| ACTION | FULL NAME | AGENCY | JOB TITLE | FTE | GRADE | EFFECTIVE DATE |
|--------|-----------|--------|-----------|-----|-------|----------------|

*03/22/20 - 05/16/20*

- Statistical Report for May 2020.

- Investment Report (summary of invested balances) as of May 31, 2020.

## Investment Summary as of May 31, 2020

|  |  | Amount As of 5/31/2020 |
|--|--|------------------------|
| **Fifth Third Investment:** |  |  |
| General Fund |  | $3,750,000.00 |
| Building and Repair |  | $9,750,000.00 |
|  | **Total** | **$13,500,000.00** |
|  |  |  |
| **Fifth Third Operating Account:** |  |  |
| General Fund |  | 28,764,846.88 |
| Insurance Reserve |  | 230,000.00 |
| Special Revenue Funds |  | 900,663.60 |
| Building and Repair |  | 7,048,185.24 |
| Permanent Trust Funds |  | 1,346,623.95 |
|  | **Total** | **$38,290,319.67** |
|  |  |  |
| **STAR Ohio:** |  |  |
| Building and Repair |  | 1,116,847.06 |
|  | **Total** | **$1,116,847.06** |
|  |  |  |
| **U.S. Bank Managed Investments (Trust Funds):** |  |  |
|  | **Total** | **$6,767,979.00** |
|  |  |  |
|  |  | **$59,675,145.73** |

Mr. Hendon seconded.

Voting for the motion:  Ms. Allen, Mr. Hendon, Ms. Kohnen, Mrs. LaMacchia, Mr. Olson and Ms. Redden… 6 ayes.  The motion carried.  **(14-2020)**.

The Regular Meeting was then adjourned.

_____

President


_____

Attest: Secretary